■ FRIEDA DIAMOND et al., Individually and on Behalf of JUSTIN DIAMOND, an Infant, Respondents, v CAMERON STONE et al., Appellants. (Action No. 1.) FRIEDA DIAMOND et al., Plaintiffs, v BRAD WRIGHT et al., Respondents. (Action No. 2.) [974 NYS2d 842]—Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered October 12, 2012. The order, inter alia, denied in part the motion of defendants Cameron Stone, Jeffrey G. Stone and Maura M. Stone for summary judgment dismissing the complaint and any cross claims against them.

Now, upon reading and filing the stipulation withdrawing appeal signed by the attorneys for the parties on August 28 and September 19, 2013,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Centra, Fahey, Carni and Whalen, JJ.

■ In the Matter of CALVIN ASA BRAINARD, an Attorney, Resignor. [974 NYS2d 843]—Order entered accepting resignation and striking name from roll of attorneys pursuant to 22 NYCRR 1022.26 (a). Present—Centra, J.P., Peradotto, Lindley and Whalen, JJ. (Filed Oct. 23, 2013.)

■ In the Matter of LISA M. YAEGER, an Attorney, Respondent. [974 NYS2d 843]—Order of suspension entered pursuant to Judiciary Law § 90 (4) (f). Present—Centra, J.P., Peradotto, Lindley and Whalen, JJ. (Filed Oct. 23, 2013.)

■ In the Matter of SALVATORE J. MARCERA, JR., an Attorney, Respondent. [974 NYS2d 843]—Order of suspension entered

pursuant to Judiciary Law § 90 (4) (f). Present—Centra, J.P., Peradotto, Lindley and Whalen, JJ. (Filed Oct. 23, 2013.)